Dismissed and Memorandum Opinion filed December 23, 2004









Dismissed and Memorandum Opinion
filed December 23, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00920-CR

____________

 

EX PARTE FELICIA ANN RANDLE , Appellant

________________________________________________________

 

On Appeal from the 184th District Court

Harris County, Texas

Trial Court Cause No. 998,869

________________________________________________________

 

M E M O R
A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this
court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed December 23, 2004.

Panel consists of
Justices Anderson, Hudson, and Frost. 

Do Not Publish C Tex.
R. App. P. 47.2(b).